**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 09-PO-00106-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. COREY VEACH,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received a Verified Joint Motion to Quash Alleged Subpoenas in the above-captioned matter, as a result of that motion,

**IT IS HEREBY ORDERED** that the Trial to the Court scheduled for February 10, 2009 at 3:00 p.m. is hereby VACATED.

**IT IS FURTHER ORDERED** that a hearing on the Verified Joint Motion to Quash Alleged Subpoenas is scheduled for February 10, 2009 at 3:00 p.m. The Defendant MUST appear in person. Counsel for the Movants, Todd M. Starr, may appear in person or by phone.

**DATED: February 6, 2009.**

                                       **BY THE COURT:**

                                       **s/David L. West
United States Magistrate Judge**

## Certificate of Mailing

I hereby certify that on the 6th day of February, 2009, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid, to the following:

Dondi Osborne, Esq.
Asst. U. S. Attorney
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

Todd M. Starr, Esq.
112 W. Montezuma Ave., Suite 4
Cortez, Colorado 81321

Corey V. Veach
28103 County Road H
Cortez, Colorado 81321

**By: s/Shirley W. Dills**
**Assistant to Magistrate Judge**