IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

___

| Date:  February 10, 2009 | Probation/Pretrial: |
|---|---|
| Secretarial Assistant:  Shirley W. Dills | Interpreter: |
| FTR | |

___

Criminal Case No.:   09-PO-00106-DLW

**UNITED STATES OF AMERICA,**

|  | [  ] James Candelaria, AUSA |
| Plaintiff, | [  ] Todd Norvell, AUSA |
|  | [  ] Robert Mydans, AUSA |
| v. | [x] Dondi Osborne, AUSA |

**1.  COREY VEACH,**         Pro Se

**Defendant.**

___

**COURTROOM MINUTES - VERIFIED JOINT MOTION TO
QUASH ALLEGED SUBPOENAS AND MOTION TO QUASH SUBPOENA**

___

**Court in Session: 3:11 p.m.**

Court calls case and appearances entered.

The Court has received to motions to quash subpoenas served by the Defendant.  Counsel for the movants will be allowed to appear by phone for purposes of this hearing.  Todd Starr is appearing for Todd Starr, Ernie Williams and Tim Huskey.  Kelly McCabe is appearing for Ted Brim.

The Government has filed an Information in this case subsequent to the Defendant's last appearance in Court.  The Court advises the Defendant of the charges and penalties in the Information.

1

The Court advises the Defendant regarding self-representation and advises it is happy to delay today's hearing on the Motions to Quash Subpoenas. Defendant wishes to proceed without counsel.

Mr. Starr is present by speaker phone. No argument other than what is stated in his motion. Defendant presents his argument. Court hears statements from Government.

**ORDERED:**
- As to Subpoenas served on Mr. Starr, Mr. Williams and Mr. Huskey, the Court will not make any ruling as to relevancy at this time.

- Subpoenas served on Mr. Starr, Mr. Williams and Mr. Huskey are ordered QUASHED because the appropriate fees were not attached and the Defendant did not comply with Rule 17 in the service of the subpoenas. If the Subpoenas are re-issued the Defendant should comply with Rule 17.

Mr. Kelly McCabe present by speaker phone. No argument other than what is stated in his motion. Defendant presents his argument.

**ORDERED:**
- As to Subpoena served on Mr. Brim, the Court finds that the subpoena should be QUASHED. An allegation of selective prosecution is not a defense in a criminal case and not relevant to the charges against the Defendant. It would be unduly oppressive to bring Mr. Brim several hundred miles and in addition the appropriate fees were not attached and the Defendant did not comply with Rule 17 in the service of the subpoena.

**ORDERED:**
- Defendant shall furnish his list of witnesses, phone numbers and exhibits to the Government by March 1, 2009.

The Government requests continuance of its subpoenas to the new trial date.

**ORDERED:**
- The Subpoenas previously issued and served by the Government are ordered continued to the new trial date. A Minute Order will be sent out when the new trial date is scheduled as the Court is looking into the possibility of holding the trial in Montezuma County.

Hearing Concluded
**Court in Recess: 4:15 p.m.**

Time: 64 Minutes