# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

**Criminal Case No. 09-PO-00106-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. COREY VEACH,**

**Defendant.**

## ORDER SETTING PLACE OF TRIAL AND TRIAL DATE

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This matter is scheduled for a one day Trial to the Court on April 28, 2009 beginning at 8:30 a.m.

**IT IS ORDERED** that to better accommodate witnesses, the trial shall be held at the Montezuma County Court facility, Courtroom B, 601 North Mildred, Cortez, Colorado 81321

**IT IS FURTHER ORDERED** that all subpoenas previously served which were not quashed at the hearing on February 10, 2009 are ordered continued to that date.

**IT IS FURTHER ORDERED** that the Defendant shall furnish his list of witnesses, phone numbers and exhibits to counsel for the Government by March 1, 2009.

**DATED: February 20, 2009**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**

## **Certificate of Mailing**

I hereby certify that on the 20th day of February, 2009, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid, to the following:

| | |
|---|---|
| Dondi Osborn, Esq. | Corey V. Veach |
| Asst. U. S. Attorney | 28103 County Road H |
| 103 Sheppard Drive, Suite 215 | Cortez, Colorado 81321 |
| Durango, Colorado 81303 | |

                                               **By: s/Shirley W. Dills**
                                                      **Assistant to Magistrate Judge**