# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  09-PO-00106-DLW |
| COREY VEACH | Pro Se<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Was found Guilty on Count One of the Amended Information after a plea of not guilty.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551; 18 U.S.C. 2 and 3571; 36 C.F.R. 261.54(c), and Forest Order SJ-04-01. | Commercial Hauling Without a Permit | On or About Between 09/03/08 and 12/19/08 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB | Fine |
|---|---|---|---|
| **Total:** | $10.00 | None | $5,000.00 * |

\* The Court **SUSPENDED $4,000.00** of the fine for a period of 2 years on the condition that the Defendant complies with all of the conditions of the Road Use Permit that he has been issued for National Forest System Road 526 (Dolores/Norwood Road) for a period of 2 years.

The Defendant shall pay the balance of the fine of $1,000.00 and the special assessment fee of $10.00 to the Court no later that 10:00 a.m. on October 6, 2009.  If Defendant has not paid by that date and time he must appear in Court on that date and time.

**ADDENDUM TO JUDGMENT IN A CRIMINAL CASE**
**(Confidential Information Concerning Defendant)**

August 24, 2009
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name and Title of Judicial Officer

August 24, 2009
Date